UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED MONIE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. LEWIS, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-03996-HSG (PR)<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE IN FORMA PAUPERIS APPLICATION**<br><br>Re: Dkt. No. 10 |

Good cause appearing, plaintiff's request for an extension of time to file an in forma pauperis ("IFP") application is GRANTED. Plaintiff shall file his IFP application by **September 14, 2017**.

This order terminates Docket No. 10.

**IT IS SO ORDERED.**

Dated: 9/6/2017

　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge